UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                      CASE NO: 8:11-cv-1163-T-26MAP

FOUR AMIGOS TRAVEL, INC., d/b/a
Four Amigos Travel, and TOP DOG
TRAVEL, INC.,

    Defendants,
_____/
ANNE PATRICIA MATACCHIERO,

    Intervening Plaintiff,

v. FOUR AMIGOS TRAVEL, INC., d/b/a
Four Amigos Travel, TOP DOG
TRAVEL, INC., DEREK MAY, and
WILLIAM HOWELL,

    Defendants,
_____/
BRIAN EGAN and LISAMARIE
HUSKEY-EGAN,

    Intervening Plaintiffs,

v.

FOUR AMIGOS TRAVEL, INC. d/b/a
Four Amigos Travel, TOP DOG
TRAVEL, INC., WILLIAM HOWELL,
ROB BIRKFIELD, and RICHIE SANDBURG,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, and in view of Defendant Derek May's *pro se* status, and the fact that the Court is unsure of whether he received a copy of this Court's order denying his motion to dismiss, it is ordered and adjudged that Intervening Plaintiff Anne Matacchiero's Motion for Entry of Default and Issuance of a Default Judgment Against Derek May (Dkt. 50) is denied.  Defendant Derek May is directed to file his answer and defenses to Plaintiff Anne Matacchiero's complaint on or before October 25, 2012, failing which, upon proper motion, Defendant Derek May may be subject to the entry of a default judgment. The Clerk is directed to send a copy of this order to Defendant Derek May at the following address: 8210 Abbey Mist Cove, Unit 1, Tampa, Florida 33619-6612.

**DONE AND ORDERED** at Tampa, Florida, on October 9, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record
*Pro se* parties