UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                              CASE NO: 8:11-cv-1163-T-26MAP

FOUR AMIGOS TRAVEL, INC., d/b/a
Four Amigos Travel, and TOP DOG
TRAVEL, INC.,

    Defendants,
_____/
ANNE PATRICIA MATACCHIERO,

    Intervening Plaintiff,

v. FOUR AMIGOS TRAVEL, INC., d/b/a
Four Amigos Travel, TOP DOG
TRAVEL, INC., DEREK MAY, and
WILLIAM HOWELL,

    Defendants,
_____/
BRIAN EGAN and LISAMARIE
HUSKEY-EGAN,

    Intervening Plaintiffs,
v.

FOUR AMIGOS TRAVEL, INC. d/b/a
Four Amigos Travel, TOP DOG
TRAVEL, INC., WILLIAM HOWELL,
ROB BIRKFIELD, and RICHIE SANDBURG,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, and after further reflection, it is **ORDERED AND ADJUDGED** that the Intervening Plaintiffs' motions to compel (Dkts. 52, 53 & 54) are denied as unnecessary. Intervening Plaintiffs are directed to seek a default final judgment as to the unrepresented corporate defendants no later than October 26, 2012, in view of their failure to abide by the Court's order of August 17, 2012, entered at docket 40, directing them to have new counsel enter a notice of appearance no later than September 17, 2012.

**DONE AND ORDERED** at Tampa, Florida, on October 12, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record