UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                                CASE NO: 8:11-cv-1163-T-26MAP

FOUR AMIGOS TRAVEL, INC., d/b/a
Four Amigos Travel, and TOP DOG
TRAVEL, INC.,

    Defendants,
_____/
ANNE PATRICIA MATACCHIERO,

    Intervening Plaintiff,

v. FOUR AMIGOS TRAVEL, INC., d/b/a
Four Amigos Travel, TOP DOG
TRAVEL, INC., DEREK MAY, and
WILLIAM HOWELL,

    Defendants,
_____/
BRIAN EGAN and LISAMARIE
HUSKEY-EGAN,

    Intervening Plaintiffs,

v.

FOUR AMIGOS TRAVEL, INC. d/b/a
Four Amigos Travel, TOP DOG
TRAVEL, INC., WILLIAM HOWELL,
ROB BIRKFIELD, and RICHIE SANDBURG,

    Defendants.
_____/

**O R D E R**

Upon due and careful consideration of the procedural history of this case, including the fact that the corporate Defendants have failed to abide by the Court's order entered August 17, 2012, at docket 40, directing them to have new counsel enter a notice of appearance on or before September 17, 2012, it is ordered and adjudged that the Intervening Plaintiffs' Motion for Entry of Default, and Issuance of a Default Final Judgment, Against Four Amigos, Travel, Inc., d/b/a Four Amigos Travel, and Top Dog Travel, Inc. (Dkt. 56) is granted.  The Clerk is directed to enter a clerk's default against these two corporate Defendants and in favor of the Intervening Plaintiffs, with the Court reserving jurisdiction to later convene an evidentiary hearing with regard to Intervening Plaintiffs' damages, attorney fees, and costs.

**DONE AND ORDERED** at Tampa, Florida, on October 15, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record