# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                        CASE NO: 8:11-cv-1163-T-26MAP

FOUR AMIGOS TRAVEL, INC. d/b/a
Four Amigos Travel and Top Dog Travel, Inc.,

    Defendants.
_____/

ANNE PATRICIA MATACCHIERO,

    Plaintiff-Intervenor,

v.

FOUR AMIGOS TRAVEL, INC. d/b/a Four Amigos Travel and
Top Dog Travel, Inc.., DEREK MAY, and
WILLIAM HOWELL,

    Defendants.
_____/

BRIAN EGAN and LISAMARIE HUSKEY-EGAN,

    Plaintiff-Intervenors,

v.

FOUR AMIGOS TRAVEL, INC. d/b/a Four Amigos Travel
and Top Dog Travel, Inc., WILLIAM HOWELL,
ROB BIRKFIELD, and RICHIE SANDBURG,

    Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff EEOC's Motion to Bifurcate Trial, filed on the eve of trial, (Dkt. 95) is denied. This Court will not waste its precious judicial resources, especially in these times of severe budget cuts to the judicial branch, in trying what is a very simple and straightforward case twice. The Court is confident, that with appropriate instructions to the jury, any jury impaneled to try this case will have no difficulty in giving each Plaintiff, including the EEOC, a fair trial free from prejudice.

**DONE AND ORDERED** at Tampa, Florida, on April 25, 2013.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record