UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                                      CASE NO: 8:11-cv-1163-T-26MAP

FOUR AMIGOS TRAVEL, INC.,
d/b/a FOUR AMIGOS TRAVEL,
TOP DOG TRAVEL, INC.,

    Defendant(s),
and

ANNE PATRICIA MATACCHIERO,

    Intervening Plaintiff,

v.

FOUR AMIGOS TRAVEL, INC.,
d/b/a FOUR AMIGOS TRAVEL,
TOP DOG TRAVEL, INC.,

    Defendants,
and

BRIAN EGAN and LISAMARIE
HUSKEY-EGAN,

    Intervening Plaintiffs,

v.

FOUR AMIGOS TRAVEL, INC.,
d/b/a FOUR AMIGOS TRAVEL,
TOP DOG TRAVEL, INC.,

    Defendants.
_____/

# VERDICT FORM

Do you find from a preponderance of the evidence:

## JUDITH RUSSELL

That Judith Russell should be awarded damages to compensate for emotional pain, suffering, mental anguish and loss of enjoyment of life?

Answer    (Yes)  or    No

If your answer is Yes, in what amount?     $ _500,000.00_

That Defendants acted with malice or reckless indifference to the federally protected rights of Judith Russell?

Answer    (Yes)  or    No

If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendants?    $ _2,000,000.00_

## JOAN McCAFFREY

That Joan McCaffrey should be awarded damages to compensate for emotional pain, suffering, mental anguish and loss of enjoyment of life?

Answer    (Yes)  or    No

If your answer is Yes, in what amount?     $ _500,000.00_

That Defendants acted with malice or reckless indifference to the federally protected rights of Joan McCaffrey?

Answer    (Yes)  or    No

If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendants?    $ _2,000,000.00_

## KAREN DIBENDETTO

That Karen DiBendetto should be awarded damages to compensate for emotional pain, suffering, mental anguish and loss of enjoyment of life?

Answer (Yes) or No

If your answer is Yes, in what amount?   $ 500,000.00

That Defendants acted with malice or reckless indifference to the federally protected rights of Karen DiBendetto?

Answer (Yes) or No

If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendants?   $ 2,000,000.00

## ELAINA BAKER

That Elaina Baker should be awarded damages to compensate for emotional pain, suffering, mental anguish and loss of enjoyment of life?

Answer (Yes) or No

If your answer is Yes, in what amount?   $ 500,000.00

That Defendants acted with malice or reckless indifference to the federally protected rights of Elaina Baker?

Answer (Yes) or No

If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendants?   $ 2,000,000.00

## MARY DASILVA

That Mary DaSilva should be awarded damages to compensate for emotional pain, suffering, mental anguish and loss of enjoyment of life?

Answer  (Yes)  or  No

If your answer is Yes, in what amount?  $ 500,000.00

That Defendants acted with malice or reckless indifference to the federally protected rights of Mary DaSilva?

Answer  (Yes)  or  No

If your answer is Yes, what amount of punitive damages, if any, should be assessed against the Defendants?  $ 2,000,000.00

SO SAY WE ALL this 30th day of April, 2013.

_____
FOREPERSON