**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

v.

CASE NO: 8:11-cv-1163-T-26MAP

FOUR AMIGOS TRAVEL, INC.,
d/b/a FOUR AMIGOS TRAVEL,
TOP DOG TRAVEL, INC.,

Defendants,

and

ANNE PATRICIA MATACCHIERO,

Intervening Plaintiff,

v.

FOUR AMIGOS TRAVEL, INC.,
d/b/a FOUR AMIGOS TRAVEL,
TOP DOG TRAVEL, INC.,

Defendants,

and

BRIAN EGAN and LISAMARIE
HUSKEY-EGAN,

Intervening Plaintiffs,

v.

FOUR AMIGOS TRAVEL, INC.,
d/b/a FOUR AMIGOS TRAVEL,
TOP DOG TRAVEL, INC.,

Defendants.

_______________________________________/

# VERDICT FORM

Based on pretrial pleadings and stipulations, Four Amigos, Inc./Top Dog Travel, Inc. have been found liable for the acts claimed against them.

Do you find from a preponderance of the evidence:

That Brian Egan should be awarded damages to compensate him for his emotional pain and mental anguish?

Answer (circle one) (Yes) or No

If your answer is Yes, what amount should Brian Egan be paid by Four Amigos/Top Dog? $ 250,000.00

Do you find from a preponderance of the evidence:

That a higher management official of Four Amigos/Top Dog acted with malice or reckless indifference to Brian Egan's protected rights?

Answer (circle one) (Yes) or No

If your answer is Yes, what amount of punitive damages, if any, should be assessed against Four Amigos/Top Dog and paid to Brian Egan? $ 2,000,000.00

**SO SAY WE ALL** this 30th day of April, 2013.

[signature]

**FOREPERSON**