**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

CASE NO: 8:11-cv-1163-T-26MAP

FOUR AMIGOS TRAVEL, INC., d/b/a FOUR AMIGOS TRAVEL, TOP DOG TRAVEL, INC.,

Defendants,

and

ANNE PATRICIA MATACCHIERO,

Intervening Plaintiff,

v.

FOUR AMIGOS TRAVEL, INC., d/b/a FOUR AMIGOS TRAVEL, TOP DOG TRAVEL, INC.,

Defendants,

and

BRIAN EGAN and LISAMARIE HUSKEY-EGAN,

Intervening Plaintiffs,

v.

FOUR AMIGOS TRAVEL, INC., d/b/a FOUR AMIGOS TRAVEL, TOP DOG TRAVEL, INC.,

Defendants.

_________________________________/

**VERDICT FORM**

Based on pretrial pleadings and stipulations, Four Amigos, Inc./Top Dog Travel, Inc. have been found liable for the acts claimed against them.

Do you find from a preponderance of the evidence:

That Lisamarie Huskey-Egan should be awarded damages to compensate her for her emotional pain and mental anguish?

Answer (circle one) Yes or No

If your answer is Yes, what amount should Lisamarie Huskey-Egan be paid by Four Amigos/Top Dog? $ 500,000.00

Do you find from a preponderance of the evidence:

That a higher management official of Four Amigos/Top Dog acted with malice or reckless indifference to Lisamarie Huskey-Egan's protected rights?

Answer (circle one) Yes or No

If your answer is Yes, what amount of punitive damages, if any, should be assessed against Four Amigos/Top Dog and paid to Lisamarie Huskey-Egan?

$ 2,000,000.00

**SO SAY WE ALL** this 30th day of April, 2013.

[signature]

**FOREPERSON**