**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

v.

CASE NO: 8:11-cv-1163-T-26MAP

FOUR AMIGOS TRAVEL, INC.,
d/b/a FOUR AMIGOS TRAVEL,
TOP DOG TRAVEL, INC.,

Defendants,

and

ANNE PATRICIA MATACCHIERO,

Intervening Plaintiff,

v.

FOUR AMIGOS TRAVEL, INC.,
d/b/a FOUR AMIGOS TRAVEL,
TOP DOG TRAVEL, INC.,

Defendants,

and

BRIAN EGAN and LISAMARIE
HUSKEY-EGAN,

Intervening Plaintiffs,

v.

FOUR AMIGOS TRAVEL, INC.,
d/b/a FOUR AMIGOS TRAVEL,
TOP DOG TRAVEL, INC.,

Defendants.

__________________________________/

# VERDICT FORM

Based on pretrial pleadings and stipulations, Four Amigos, Inc./Top Dog Travel, Inc. have been found liable for the acts claimed against them.

Do you find from a preponderance of the evidence:

That Anne Patricia Matacchiero should be awarded damages to compensate her for her emotional pain and mental anguish?

Answer (circle one) Yes or No

If your answer is Yes, what amount should Anne Patricia Matacchiero be paid by Four Amigos/Top Dog? $ 500,000.00

Do you find from a preponderance of the evidence:

That a higher management official of Four Amigos/Top Dog acted with malice or reckless indifference to Anne Patricia Matacchiero's protected rights?

Answer (circle one) Yes or No

If your answer is Yes, what amount of punitive damages, if any, should be assessed against Four Amigos/Top Dog and paid to Anne Patricia Matacchiero?

$ 2,000,000.00

**SO SAY WE ALL** this 30th day of April, 2013.

[signature]

**FOREPERSON**