AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

### JUDGMENT IN A CIVIL CASE

U.S. Equal Employment Opportunity Commission

    Plaintiff(s),

vs.                                              CASE NUMBER:  8:11-cv-1163-T-26MAP

Four Amigo Travel, Inc., d/b/a
Four Amigos Travel and Top Dog Travel, Inc.

    Defendant(s).


☒  **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered against the Defendant's Four Amigo Travel, Inc., d/b/a Four Amigos Travel and Top Dog Travel, Inc., and for the Plaintiff, **Karen Dibendetto** for damages in the amount of $200,000.00.


April 30, 2013

                                            **SHERYL  L.  LOESCH, CLERK**

                                         By:   *s/Susan Saylor, Deputy Clerk*

Copies furnished to:
Counsel of Record