AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

### JUDGMENT IN A CIVIL CASE

U.S. Equal Employment Opportunity Commission

    Plaintiff(s),

vs.                         CASE NUMBER: 8:11-cv-1163-T-26MAP

Four Amigo Travel, Inc., d/b/a
Four Amigos Travel and Top Dog Travel, Inc.

    Defendant(s).

☒    **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered against the Defendant's Four Amigo Travel, Inc., d/b/a Four Amigos Travel and Top Dog Travel, Inc., and for the Plaintiff, **Ellaina Baker** for damages in the amount of $200,000.00.

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered against the Defendant's Four Amigo Travel, Inc., d/b/a Four Amigos Travel and Top Dog Travel, Inc., and for the Plaintiff, **Ellaina Baker** for back pay and pre-judgment interest in the amount of $71,718.19.

**April 30, 2013**                                  **SHERYL L. LOESCH, CLERK**

                                                          By: *s/Susan Saylor, Deputy Clerk*

Copies furnished to:
Counsel of Record