*AO 450 (Rev. 5/85) Judgment in a Civil Case*

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA  DIVISION

## JUDGMENT IN A CIVIL CASE

U.S. Equal Employment Opportunity Commission

                Plaintiff(s),

vs.                                     CASE NUMBER:  8:11-cv-1163-T-26MAP

Four Amigo Travel, Inc., d/b/a
Four Amigos Travel and Top Dog Travel, Inc.

                Defendant(s).

☒     **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered against the Defendant's Four Amigo Travel, Inc., d/b/a Four Amigos Travel and Top Dog Travel, Inc., and for the Plaintiff, **Mary DaSilva** for damages in the amount of $200,000.00.

☒     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Judgment is entered against the Defendant's Four Amigo Travel, Inc., d/b/a Four Amigos Travel and Top Dog Travel, Inc., and for the Plaintiff, **Mary DaSilva** for back pay and pre-judgment interest in the amount of $28,158.10.

**April 30, 2013**

                        **SHERYL  L.  LOESCH, CLERK**

                        By:___*s/Susan Saylor, Deputy Clerk*___

Copies furnished to:
Counsel of Record