# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA   DIVISION

## JUDGMENT IN A CIVIL CASE

U.S. Equal Employment Opportunity Commission

        Plaintiff(s),

vs.                                    CASE NUMBER:  8:11-cv-1163-T-26MAP

Four Amigo Travel, Inc., d/b/a
Four Amigos Travel and Top Dog Travel, Inc.

        Defendant(s),
and

Anne Patricia Matacchiero,

        Intervening Plaintiffs,

vs.

Four Amigo Travel, Inc., d/b/a Four Amigos Travel
and Top Dog Travel, Inc.. Derek May and
William Howell

        Defendant(s),

☒    **Jury Verdict.**  This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

        **IT IS ORDERED AND ADJUDGED**  that Judgment is entered against the Defendant's Four Amigo Travel, Inc., d/b/a Four Amigos Travel, Top Dog Travel, Inc., and William Howell and for the Intervening Plaintiff, **Anne Patricia Matacchiero**  for compensatory damages in the amount of $500,000.00 and punitive damages in the amount of $2,000,000.00.

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**  that Judgment is entered against the Defendant's Four Amigo Travel, Inc., d/b/a Four Amigos Travel, Top Dog Travel, Inc., and William Howell and for the Intervening Plaintiff, **Anne Patricia Matacchiero** for back pay with cost of living and pre-judgment interest in the amount of $156,653.85.

**April 30, 2013**

                                                  **SHERYL  L.  LOESCH, CLERK**

                                                  By:   *s/Susan Saylor, Deputy Clerk*

Copies furnished to:
Counsel of Record