# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## JUDGMENT IN A CIVIL CASE

U.S. Equal Employment Opportunity Commission

        Plaintiff(s),

vs.                          CASE NUMBER: 8:11-cv-1163-T-26MAP

Four Amigo Travel, Inc., d/b/a
Four Amigos Travel and Top Dog Travel, Inc.

        Defendant(s),
and

Brian Egan and Lisamarie Huskey-Egan

        Intervening Plaintiffs,

vs.

Four Amigo Travel, Inc., d/b/a Four Amigos Travel
and Top Dog Travel, Inc.. William Howell,
Rob Birkfield and Richie Sandburg

        Defendant(s),

☒ **Jury Verdict.** This action came before the court for trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered against the Defendant's Four Amigo Travel, Inc., d/b/a Four Amigos Travel and Top Dog Travel, Inc., William Howell, Rob Birkfield and Richie Sandburg, and for the Intervening Plaintiff, **Brian Egan** for compensatory damages in the amount of $250,000.00 and punitive damages in the amount of $2,000,000.00.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered against the Defendant's Four Amigo Travel, Inc., d/b/a Four Amigos Travel and Top Dog Travel, Inc., William Howell, Rob Birkfield and Richie Sandburg, and for the Intervening Plaintiff, **Brian Egan** for back pay with cost of living and pre-judgment interest in the amount of $206,821.04.

**April 30, 2013**

                                            **SHERYL L. LOESCH, CLERK**

                                            By: *s/Susan Saylor, Deputy Clerk*

Copies furnished to:
Counsel of Record