## NOTIFICATION OF EXHIBITS TO EXHIBIT CLERK

CASE NO:   8:11-cv-1163-T-26MAP

CASE STYLE:   US EEOC vs. Four Amigos Travel, Inc., et al.,

DEFENDANT'S:
(criminal cases only)

DATE EXHIBITS PLACED IN THE EXHIBIT ROOM:   May 2, 2013

TYPE OF HEARING   ☐ Motion hearing   ☐ Evidentiary hearing

☐ Change of Plea   ☐ Sentencing

X Jury Trial   ☐ Bench Trial

☐ Other (Type of hearing)

Total Number of Folders:   1

Boxes:

Envelopes:

COURTROOM DEPUTY:   Susan Saylor

**Please file stamp and place in Rebecca Bachelor's box.**

FILED

Date 5/2/2013   Time
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA