UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.                                                                               CASE NO: 8:11-cv-1163-T-26MAP

FOUR AMIGOS TRAVEL, INC. d/b/a
Four Amigos Travel and Top Dog Travel, Inc.,

    Defendant.
_____/
ANNE PATRICIA MATACCHIERO,

    Intervening Plaintiff,

v.

FOUR AMIGOS TRAVEL, INC. d/b/a
Four Amigos Travel and Top Dog Travel, Inc.,
DEREK MAY and WILLIAM HOWELL,

    Defendants.
_____/
BRIAN EGAN and LISAMARIE
HUSKEY-EGAN,

    Intervening Plaintiffs,

v.

FOUR AMIGOS TRAVEL, INC. d/b/a
Four Amigos Travel and Top Dog Travel, Inc.,
WILLIAM HOWELL, ROB BIRKFIELD,
and RICHIE SANDBURG,

    Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of Intervening Plaintiff, Anne Patricia Matacchiero's Motion for Attorney's Fees and Costs (Dkt. 128), Intervening Plaintiff, LisaMarie Huskey-Egan's Motion for Attorney's Fees and Costs (Dkt. 130), and Intervening Plaintiff, Brian Egan's Motion for Attorney's Fees and Costs (Dkt. 132), the Court finds an attorney hourly rate of $350.00 as reasonable, and a paralegal hourly rate of $100.00 as reasonable.  For the hours expended, the Court finds that 116.85 hours of attorney time and 13.7 hours of paralegal time reasonable for Anne Patricia Matacchiero; 54.75 hours of attorney time and 6.7 hours of paralegal time reasonable for Lisa Marie Huskey-Egan; and 54.25 hours of attorney time and 8.7 hours of paralegal time reasonable for Brian Egan.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1)   The Motions for Attorney's Fees (Dkts. 128, 130 & 132) are hereby **GRANTED**.

(2)   The Clerk is hereby directed to enter judgment in favor of Intervening Plaintiff Anne Patricia Matacchiero and against Defendant Four Amigos Travel, Inc. d/b/a Four Amigos Travel and Top Dog Travel, Inc., in the amount of $42,267.50.

(3)   The Clerk is hereby directed to enter judgment in favor of Intervening Plaintiff LisaMarie Huskey-Egan and against Defendant Four Amigos

Travel, Inc. d/b/a Four Amigos Travel and Top Dog Travel, Inc., in the amount of $19,832.50.

(4) The Clerk is hereby directed to enter judgment in favor of Intervening Plaintiff Brian Egan and against Defendant Four Amigos Travel, Inc. d/b/a Four Amigos Travel and Top Dog Travel, Inc., in the amount of $19,970.20.

**DONE AND ORDERED** at Tampa, Florida, on May 14, 2013.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record