**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

**Plaintiff,**

**CIVIL ACTION NO: 8:11-CV-01163**

**v.**

**FOUR AMIGOS TRAVEL, INC.**
**d/b/a FOUR AMIGOS TRAVEL,**
**TOP DOG TRAVEL, INC.,**

**Defendants,**

**ANNE PATRICIA MATACCHIERO,**
**Intervening Plaintiff,**
**v.**

**FOUR AMIGOS TRAVEL, INC.**
**d/b/a FOUR AMIGOS TRAVEL,**
**TOP DOG TRAVEL, INC.,**
**DEREK MAY, and WILLIAM HOWELL,**
**Defendants,**

**BRIAN EGAN and LISAMARIE HUSKEY-EGAN**
**Intervening Plaintiffs,**
**v.**

**FOUR AMIGOS TRAVEL, INC.**
**d/b/a FOUR AMIGOS TRAVEL and**
**TOP DOG TRAVEL, INC.,**
**WILLIAM HOWELL, ROB BIRKFIELD**
**and RICHIE SANDBURG,**
**Defendants. /**

## NOTICE OF ATTORNEY CHARGING LIEN

The law firm of Patrice A. Pucci, PA was retained to render legal services on behalf of Anne Patricia Matacchiero, Brian Egan and Lismarie Huskey-Egan (Plaintiffs in this action) regarding all matters pled by the undersigned counsel in this case and regarding the Defendants

named in this case. The law firm of Patrice A. Pucci, PA, is owed a contractual and equitable attorney's fee. Patrice A. Pucci, PA and Patrice A. Pucci, Esq. did perform legal services for Plaintiffs and are entitled to contractual and equitable attorneys' fees.

The law firm of Patrice A. Pucci, PA gives notice that all parties and their counsel should each protect Patrice A. Pucci, PA's interest in any payment(s)/collection(s).

**Certificate of Service**

I HEREBY CERTIFY that on the 16th day of April 2014, a copy of the foregoing was filed with the ECF system and copies have been sent to Attorney for EEOC, Aarrin Golson at Aarrin.golson@eeoc.com and by U.S. Mail upon Defendants Four Amigos Travel and Top Dog Travel via U.S. Mail at Four Amigos Travel, Inc. and Top Dog Travel, Inc., 3666 West Oakland Park Blvd., Lauderdale Lakes, Florida 33311; and by U.S. Mail on Plaintiffs, Anne Patricia Matacchiero, Brian Egan and Lismarie Huskey-Egan (addresses excluded for privacy reasons). I believe there are no other persons to which any other notice is required.

/s/ Patrice A. Pucci
**PATRICE A. PUCCI, Esquire**

Patrice A. Pucci, P.A.
2719 1st Avenue North
St. Petersburg, Florida 33713
Fla. Bar No. 521991
papucci@mindspring.com
(727) 894-4516 Telephone
(727) 321-2839 Facsimile

**Attorney for Intervening Plaintiffs,**
**Anne Patricia Matacchiero**
**Brian Egan**
**Lisamarie Huskey-Egan**